IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| STATE OF OKLAHOMA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-18-100-D |
| ) | |
| RICHARD LUKE CORNFORTH, ) | |
| ) | |
| Defendant. ) | |

# **O R D E R**

This matter is before the Court for review of the Report and Recommendation of United States Magistrate Judge Suzanne Mitchell issued pursuant to 28 U.S.C. § 636(b). Judge Mitchell finds that Defendant has sufficient funds to pay the filing fee for this action, and recommends the denial of his application to proceed *in forma pauperis* under 28 U.S.C. § 1915(a). Plaintiff, who appears *pro se*, has neither filed a timely objection to the Report nor requested additional time to object, although Judge Mitchell expressly advised him of the right to object, the deadline for objections, and the consequences of failing to object. The Court therefore finds Plaintiff has waived further review. *See Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991); *see also United States v. 2121 E. 30th St.*, 73 F.3d 1057, 1060 (10th Cir. 1996). Further, upon *de novo* consideration, the Court finds Judge Mitchell's analysis is correct, and concurs in her recommendation.

IT IS THEREFORE ORDERED that the Report and Recommendation [Doc. No. 4] is ADOPTED in its entirety. Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs [Doc. No. 2] is DENIED.

IT IS FURTHER ORDERED that Plaintiff is directed to pay the $400.00 filing fee for this action within 14 days from the date of this Order, or to show cause by the date why full payment cannot be made. Otherwise, the action will be dismissed without prejudice.[1]

IT IS SO ORDERED this 27th day of February, 2018.

TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE

---

[1] Although filed as a removal action, neither the Notice of Removal nor the supporting papers identify a pending state court action that has been effectively removed.